UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SAENZ,<br><br>        Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>        Defendants. | Case No. 19-cv-02031-WHO (PR)<br><br>**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |

      Pursuant to Northern District of California Civil Local Rule 3-12(c), this case is hereby REFERRED sua sponte to the Honorable Lucy H. Koh for consideration of whether the case is related to *Ruiz v. Diaz*, Case No. 19-cv-1928 LHK. The cases appear to assert the same or similar claims against the same or similar defendants.

      The Clerk shall file a copy of this order in Case No. 19-cv-1928 LHK.

      **IT IS SO ORDERED.**

**Dated:** April 18, 2019



WILLIAM H. ORRICK
United States District Judge