IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANAYA, | No. C 19-1967 WHA (PR) |
| Plaintiff, | **SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP** |
| v. | |
| RALPH DIAZ; KATHLEEN ALLISON; CRAIG KOENIG, | |
| Defendants. | |

Plaintiff, a California state prisoner proceeding pro se, filed this pro se civil rights case under 42 U.S.C. § 1983. A review of the complaint and other pleadings indicates that the case may be related to an earlier-filed case assigned to United States District Judge Lucy H. Koh. *See Ruiz v. Diaz, et al.*, No. C 19-1928 LHK (PR). Accordingly, pursuant to Civil Local Rule 3-12(c), this case is hereby **REFERRED** to Judge Koh, who is requested to consider whether the cases are related.

IT IS SO ORDERED.

Dated: April 22, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE