IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ALVAREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>RALPH DIAZ; KATHLEEN ALLISON; CRAIG KOENIG,<br><br>    Defendants. | No. C 19-1968 WHA (PR)<br><br>**SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP** |

Plaintiff, a California state prisoner proceeding pro se, filed this pro se civil rights case under 42 U.S.C. § 1983. A review of the complaint and other pleadings indicates that the case may be related to an earlier-filed case assigned to United States District Judge Lucy H. Koh. *See Ruiz v. Diaz, et al.*, No. C 19-1928 LHK (PR). Accordingly, pursuant to Civil Local Rule 3-12(c), this case is hereby **REFERRED** to Judge Koh, who is requested to consider whether the cases are related.

IT IS SO ORDERED.

Dated: April 22, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE