UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MARTINEZ,

        Plaintiff,

v.

RALPH DIAZ, et al.,

        Defendants.

Case No. 19-cv-02180-HSG

**SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP**

Plaintiff, a California state prisoner proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. Pursuant to Civil Local Rule 3-12(c), this case is hereby REFERRED *sua sponte* to the Honorable Lucy H. Koh for consideration of whether the case is related to *Ruiz v. Diaz*, et al., No. C 19-1928 LHK (PR). The cases appear to assert the same or similar claims against the same or similar defendants.

The clerk shall file a copy of this order in Case No. 19-cv-1928 LHK.

**IT IS SO ORDERED.**

Dated: 5/2/2019

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge