UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BORJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 19-cv-02038-PJH<br><br>**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |

Pursuant to Northern District of California Civil Local Rule 3-12(c), this case is hereby **REFERRED** sua sponte to the Honorable Lucy H. Koh for consideration of whether the case is related to *Ruiz v. Diaz*, Case No. 19-cv-1928 LHK. The cases appear to assert the same or similar claims against the same or similar defendants.

The Clerk shall file a copy of this order in Case No. 19-cv-1928 LHK.

**IT IS SO ORDERED.**

Dated: May 2, 2019

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY BORJAS,

        Plaintiff,

    v.

RALPH DIAZ, et al.,

        Defendants.

Case No. 19-cv-02038-PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tony Borjas ID: AW1071
CTF
P.O. Box 689
Soledad, CA 93960

Dated: May 2, 2019

        Susan Y. Soong
        Clerk, United States District Court

        By: *Kelly Collins*
        Kelly Collins, Deputy Clerk to the
        Honorable PHYLLIS J. HAMILTON