1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    CESAR D. BERGER,                              Case No.  19-cv-02513-HSG
8                    Plaintiff,
                                                  **SUA SPONTE REFERRAL FOR**
9           v.                                    **DETERMINING RELATIONSHIP**
10   RALPH DIAZ, et al.,
11                   Defendants.
12
13         Plaintiff, a California state prisoner proceeding *pro se*, filed this civil rights action under

14   42 U.S.C. § 1983.  Pursuant to Civil Local Rule 3-12(c), this case is hereby REFERRED *sua*

15   *sponte* to the Honorable Lucy H. Koh for consideration of whether the case is related to *Ruiz v.*

16   *Diaz*, et al., No. C 19-1928 LHK (PR).   The cases appear to assert the same or similar claims

17   against the same or similar defendants.

18         The clerk shall file a copy of this order in Case No. 19-cv-1928 LHK.

19         **IT IS SO ORDERED.**

20   Dated:  5/16/2019

21                                         _____
22                                         HAYWOOD S. GILLIAM, JR.
                                           United States District Judge
23
24
25
26
27
28