UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL O. RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 19-CV-01928-LHK<br><br>**ORDER DISMISSING FOUR RELATED CASES WITHOUT PREJUDICE** |

Plaintiff Daniel Ruiz ("Plaintiff Ruiz"), a California state prisoner proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983 ("Ruiz Action"). *See* Dkt. No. 1. Multiple actions were filed in this District raising substantially the same issues, and were related to the Ruiz Action ("Related Actions"). *See* Dkt. Nos. 14, 31, 35. The Court subsequently dismissed the Related Actions with leave to amend. *See* Dkt. Nos. 41.

Upon request, the Court granted plaintiffs in all of the Related Actions extensions of time to file an amended complaint. Dkt. Nos. 44, 51. The amended complaints were due September 13, 2019 and September 19, 2019. *See id*. In four of the Related Actions, the plaintiffs neither filed an amended complaint by the deadline, nor sought an additional extension of time to amend. *See generally*, Dkt., *Ruiz v. Diaz*, 19-CV-01928-LHK; *Hernandez v. Diaz*, 19-CV-02135-LHK;

1

Case No. 19-CV-01928-LHK
ORDER DISMISSING FOUR RELATED CASES WITHOUT PREJUDICE

*Lucero v. Diaz*, 19-CV-02397-LHK; *Phangdy v. Diaz*, 19-CV-04318-LHK.

Because the deadline has passed and the plaintiffs in these four Related Actions failed to comply with the Court's order, the following actions are DISMISSED without prejudice:

- Ruiz v. Diaz, 19-CV-01928-LHK
- Hernandez v. Diaz, 19-CV-02135-LHK
- Lucero v. Diaz, 19-CV-02397-LHK
- Phangdy v. Diaz, 19-CV-04318-LHK

For the four enumerated actions, the Clerk shall terminate all pending motions and shall close the files.

This order does not affect the other Related Actions not listed here.  The other Related Actions will be addressed in separate orders.

**IT IS SO ORDERED.**

DATED:  November 18, 2019

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE