UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL O. RUIZ,<br>　　　　Plaintiff,<br>　　v.<br>RALPH DIAZ, et al.,<br>　　　　Defendants. | Case No. 19-CV-01928-LHK<br><br>**JUDGMENT** |

The Court dismissed the instant action without prejudice.  Dkt. No. 54.  The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 18, 2019

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1

Case No. 19-CV-01928-LHK
JUDGMENT